UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREYON BROWN, | No. 2:21-cv-1816 TLN DB P |
| Petitioner, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| PAUL THOMPSON, et al., | |
| Respondents. | |

Petitioner, a federal prisoner, proceeds without counsel with a petition for writ of habeas corpus under 28 U.S.C. § 2241. By order filed April 12, 2022, the undersigned screened the petition and notified petitioner it plainly appeared the petition was subject to dismissal because the claim presented is unripe and because petitioner did not exhaust administrative remedies. Petitioner was granted 30 days to file an amended petition. (ECF No. 6.) The 30 period has expired, and petitioner has not filed an amended petition or otherwise responded to the court's order.

Accordingly, for the reasons set forth in the April 12, 2022 screening order (ECF No. 6), IT IS HEREBY RECOMMENDED:

1. The petition for writ of habeas corpus brought under 28 U.S.C. § 2241 (ECF No. 1) be dismissed; and

////

1

    2. The Clerk of the Court be directed to close this case.

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 21 days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  June 17, 2022

brow1816.dism.fr

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE